■ In the Matter of the Appointment of JEROME JOHNSON, ESQ., as a Member of the Character Committee for the Ninth Judicial District.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 4; Judiciary Law, § 90; CPLR 9401), Jerome Johnson, Esq., a practicing lawyer of Rockland County, is hereby appointed (in place of Lawrence G. Williams, Esq., resigned) as a member of the Committee on Character and Fitness for the Ninth Judicial District in the Second Judicial Department, to investigate the character and fitness of applicants in said district for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect as of April 4, 1966. Beldock, P. J., Ughetta, Christ, Brennan, Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ In the Matter of DODGE'S LIQUOR STORE, INC., Respondent, v. E. J. KARPOWICZ et al., Respondents, and STATE LIQUOR AUTHORITY, Appellant.— Motion by petitioner-respondent for reargument of appeal from order of the Supreme Court, Nassau County, entered May 10, 1965, which was reversed by order of this court, dated February 21, 1966, granted. Upon reargument, decision and order of this court both dated February 21, 1966 (25 A D 2d 550) amended by striking from the decretal paragraph the provision awarding $10 costs and disbursements on the appeal and by substituting therefor: "without costs"; otherwise, provisions in said decision and order adhered to. Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ KANE-MILLER CORP., Plaintiff, v. ROBERT W. BECK et al., Defendants.— Application by defendants to vacate and to stay an ex parte temporary restraining order dated March 9, 1966 (CPLR 5704, subd. [a]; 5518) denied. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

■ In the Matter of ANN MARTIN, Respondent, v. LEROY BRIENGER et al., Constituting the Hartsdale School Board District 7, Appellants.— Motion by respondent to vacate a statutory stay (CPLR 5519, subd. [a], par. 1), which attached upon the filing of notice of appeal, denied. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.